

# NUMBER 13-10-00058-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF I.L.W., A CHILD

**On appeal from the 329th District Court
of Wharton County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela
Memorandum Opinion Per Curiam**

This Court received an "Amended Notice of Appeal of the Order Confirming Non-Agreed Child Support Review Order" from the Wharton County District Clerk on February 5, 2010.   Upon receiving the notice of appeal, the Clerk of the Court assigned an appellate cause number.   On March 3, 2010, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid.   *See* TEX. R. APP. P. 42.3(c).

The Wharton County District Clerk notified the Court by letter dated June 21, 2010 that the notice of appeal had been mailed to the Court in error and should be disregarded because the appeal was to the 329th District Court, not the Thirteenth Court of Appeals. On June 24, 2010, the Court directed appellant to notify the Court whether appellant desires to appeal within ten days from the date of the letter. Appellant has not responded to the notices from the Clerk or paid the $175.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
31st day of August, 2010.

2